Tirrill Gas Machine Lighting Company, Respondent v. Yetta Goldberg, Impleaded with Isaac L. Singer, Appellant.— Judgment modified by striking therefrom the provision as to a deficiency judgment, and as modified unanimously affirmed, with costs. Cochrane, J., not sitting.

Henry A. Webb, Respondent, v. Elmira Water, Light and Railroad Company, Appellant.— Judgment and order unanimously affirmed, with costs.

Minna Wrede, Respondent, v. Fritz Wrede, Appellant.— Judgment unanimously affirmed, with costs.

Maria Bolognese, Respondent, v. Frank Liboratore, Appellant.— Motion granted, without costs.

The Equitable Trust Company of New York, Appellant, v. Deposit Milling Company, Respondent.— Motion granted.

Mary E. Montague v. Manhattan Navigation Company.— Motion denied.

In the Matter of the Claim of George Burton, for Compensation under the Workmen's Compensation Law, Claimant, Respondent, v. James A. Whelan & Sons, Inc., and Another, Appellants.— Motion denied.

In the Matter of the Application of Cornelius J. Sullivan for a Writ of Habeas Corpus to Inquire into the Cause of His Detention as an Inmate of Willard State Hospital for the Insane.— Order unanimously affirmed.

Joseph E. Quinn, Respondent, v. The Foundation Company, Appellant. — Motion denied.

Cora L. Spalding, Respondent, v. Edwin S. Spalding, Appellant.— Motion granted, without costs.

Ellen Tiffany, as Administratrix, etc., of Charles A. Tiffany, Deceased, v. Delaware and Northern Railroad Company. (2 cases.) — Motions granted by default.

Daniel G. Underwood and Another v. John P. Ahrens.— Motion granted, without costs.

Anthony Bruno, Respondent, v. Delaware, Lackawanna and Western Railroad Company, Appellant.—Motion denied.

George S. Coon, Respondent, v. Frank H. Higgins, Appellant.— Order affirmed, with ten dollars costs and disbursements. All concurred, except Woodward and Cochrane, JJ., who dissented.

Frederick H. Diederich, Jr., Respondent, v. United Traction Company, Appellant.— Motion denied.

Lewis M. Jones and Howard G. Ketchum, as Copartners, etc., Appellants, v. Augustus C. Downing, Respondent.— Judgment affirmed, with costs. All concurred, except Lyon and Cochrane, JJ., who dissented.

Rosey T. Kent, Appellant, v. Charles E. Palmer and Another, Respondents.— Order unanimously affirmed, with ten dollars costs and disbursements.

Rosey T. Kent, Appellant, v. Charles E. Palmer and Another, Respondents.— Motion denied, with ten dollars costs.

Victoria E. Le Moine, Respondent, v. Samuel L. Warrin, Appellant.— Order unanimously affirmed, with ten dollars costs and disbursements.